# Third District Court of Appeal

## State of Florida

Opinion filed May 4, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0009
Lower Tribunal Nos. 17-417 AP, 12-20035 SP

_____

**Gables Insurance Recovery, Inc.,
a/a/o Alberto Galvez,**
Appellant,

vs.

**State Farm Mutual Automobile Insurance Company,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Linda Singer Stein, Judge.

The Billbrough Firm, and G. Bart Billbrough, for appellant.

deBeaubien, Simmons, Knight, Mantzaris & Neal, LLP, and Kenneth P. Hazouri (Orlando), for appellee.


Before FERNANDEZ, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.  <u>See</u> § 627.736(10)(a), Fla. Stat. ("As a condition precedent to filing any action for benefits under this section, written notice of an intent to initiate litigation must be provided to the insurer.  **Such notice may not be sent until the claim is overdue** . . .") (emphasis added); <u>MRI Assoc. of Am., LLC v. State Farm Fire & Cas. Co.</u>, 61 So. 3d 462, 465 (Fla. 4th DCA 2011) ("[W]e agree with the [lower] court that the pre-suit demand letter was sent prematurely because payment was not overdue . . . . The statutory requirements surrounding a demand letter are significant, substantive preconditions to bringing a cause of action for PIP benefits.").